IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jose A. Godinez-Navarro, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiffs, <br> v. <br> Emerald Construction, Inc., d/b/a Clare Castle Custom Home Builders, and Joseph M. Griffin, Defendants. | Case No. 1:17-cv-04725 <br> Judge: Hon. Elaine E. Bucklo |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff requests the dismissal of all claims with prejudice against all Defendants. Defendants have not served an answer or a motion for summary judgment in this matter.

Respectfully submitted on Friday, September 15, 2017.

_____
**Valentin T. Narvaez**
Plaintiff's counsel

**Consumer Law Group, LLC**
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-878-1302
vnarvaez@yourclg.com